UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 17-02179-ODW (E) | Date | May 4, 2017 |
|---|---|---|---|
| Title | *Shirley Lindsay v. Torn and Glasser, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**    **In Chambers [14]**

The Court **GRANTS** Defendant's request for stay of proceedings pending early mediation. (ECF No. 10.) The Court **ORDERS** as follows:

(1)  The Court **STAYS** the case pending the outcome of early mediation.

(2)  The parties shall contact a neutral on the Court's mediation panel to schedule an early mediation. *See* C.D. Cal. L.R. 16-15.4 (ADR Procedure No. 2).

(3)  Plaintiff shall file with the Court and serve on Defendant(s) within fourteen (14) days a statement that includes the following:

   (a)  An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA;

   (b)  An itemized list of damages and, for each item, the amount sought.

(4)  Defendant(s) shall file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant(s) intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-02179-ODW (E) | Date | May 4, 2017 |
|---|---|---|---|
| Title | *Shirley Lindsay v. Torn and Glasser, Inc. et al.* | | |

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |