CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JAN K. BUDDINGH, JR. (SBN 113740)
GORDON & REES LLP
101 W. Broadway
Suite 2000 San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: jbuddingh@gordonrees.com
Attorneys for Defendant Torn & Glasser, Inc., a California Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>        Plaintiff,<br><br>v.<br><br>TORN & GLASSER, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 2:17-CV-02179-ODW (EX)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 16, 2017    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 16, 2017    GORDON & REES LLP

By: /s/ Jan K. Buddingh, Jr.
    Jan K. Buddingh, Jr.
    Attorney for Defendants
    Torn & Glasser, Inc., a
    California Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jan K. Buddingh, Jr. , counsel for Torn & Glasser, Inc., a California Corporation, and that I have obtained Mr. Buddingh, Jr.'s authorization to affix his electronic signature to this document.

Dated: August 16, 2017        CENTER FOR DISABILITY ACCESS

                                        By: /s/ Phyl Grace
                                                Phyl Grace
                                                Attorneys for Plaintiff